**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
**CIVIL ACTION NO. 0:10-CV-60494-JIC**

CRISTIAN TUREAN, individually and on
behalf of others similarly situated,

               Plaintiff,

v.

MASTEC, INC., MASTEC NORTH
AMERICA, INC., and MASTEC SERVICES
COMPANY, INC.,

               Defendants.

---

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENTS**
**AND JOINT STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff CRISTIAN TUREAN ("Plaintiff Turean") and Defendants MasTec, Inc.,

MasTec North America, Inc., and MasTec Services Company, Inc., (collectively referred

to herein as "Defendants"), by and through their respective undersigned counsel, hereby

file this Joint Motion to Approve Settlement Agreements and Joint Stipulation to Dismiss

With Prejudice.  The parties state the following in support:

**I.**       **STATEMENT OF FACTS**

      1.      On or about April 1, 2010, Plaintiff filed a Complaint against Defendants

alleging violations of the Fair Labor Standards Act, which was styled as a statutory

collective action pursuant to 29 U.S.C. § 216(b).  See Docket No. 1.

      2.      Defendants filed an Answer on April 30, 2010.  See Docket No. 16.

3.      After the Complaint was filed, twenty-seven individuals joined the action as opt-in Plaintiffs.

4.      On August 27, 2010, the Court granted Defendants' Motion to Compel Arbitration as to Plaintiff Turean and those opt-in Plaintiffs who voluntarily agreed to arbitrate their claims.  Those Plaintiffs subject to arbitration have not yet commenced arbitration of their claims.

5.      On October 1, 2010, the parties, including Plaintiff Turean and all opt-in Plaintiffs whether subject to arbitration or not, reached an agreement to settle the Plaintiff's and opt-in Plaintiffs' claims in their entirety.

6.      The parties prepared individual written Settlement Agreements and Releases that memorialize the terms of each settlement.

7.      In accordance with the applicable requirements for settling an FLSA claim, the parties hereby seek the Court's approval of each settlement reached in this matter, and the parties stipulate to the dismissal of this action with prejudice.  A proposed order is attached as Exhibit 1.

## II.   **ARGUMENT**

Pursuant to the Fair Labor Standards Act ("FLSA"), claims for back wages and other damages arising under the FLSA may be settled or compromised with the approval of the district court or the Secretary of Labor.  See Brooklyn Savings Bank v. O'Neil, 324 U.S. 697 (1945); D.A. Schulte, Inc. v. Gangi, 328 U.S. 108 (1946); see also Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982) (claims for back wages arising under the FLSA may be settled or compromised only with the approval of the

Court or the Secretary of Labor).  To approve the settlement, the Court should determine that the compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.  <u>Id.</u>

As discussed above, the parties have agreed to settle all claims in this dispute through the execution of Settlement Agreements and Releases (one for Plaintiff and each Opt-In Plaintiff).  All parties agree that the settlement terms they have reached in this action represent a fair and equitable resolution of this matter.  The terms of the Settlement Agreements are contingent upon approval by the Court.  Thus, the parties respectfully request that the Court approve their settlements and issue an Order dismissing this action with prejudice, but retaining jurisdiction, as necessary, to enforce the Settlement Agreements entered into by the parties.

The parties have agreed to keep the specific terms and conditions of the Settlement Agreement and Release confidential.  To that end, the parties respectfully request Court approval to present each Settlement Agreement and Release to the Court, in their written form for an *in camera* review should the Court so direct, and without waiving the confidential nature of the Agreements.  The parties would also agree to present the Agreements for Court review and discussion at a hearing as well.  If the Court does not wish to grant approval in this manner, the parties will file each Settlement Agreement and Release for Court review immediately upon such instruction from the Court.

WHEREFORE, the parties stipulate to the dismissal of this action, and respectfully request that the Court enter an Order approving the terms of the settlement of

the instant action, and dismissing this action with prejudice, but retaining jurisdiction, as

necessary, to enforce the Settlement Agreements and Releases entered into by the parties.

Respectfully submitted this 11th day of November, 2010.

*/s/ Hal B. Anderson*

Hal B. Anderson
Florida Bar No. 93051
Gregg I. Shavitz
Florida Bar No. 11398

SHAVITZ LAW GROUP, P.A.
1515 S. Federal Highway
Suite 404
Boca Raton, Florida 33432
Telephone:  561.447.8888
Facsimile:  561.447.8831
Email:  hal.anderson@shavitzlaw.com
Email:  gshavitz@shavitzlaw.com


Attorneys for Plaintiff
*Cristian Turean*

*/s/ Lori A. Brown*

Lori A. Brown
Florida Bar No. 0846767
Jessica T. Travers
Florida Bar No. 18129

LITTLER MENDELSON
A Professional Corporation
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1500
Miami, FL 33131-1804
Telephone:  305.400.7500
Facsimile:  305.603.2552
Email:  lbrown@littler.com
Email:  jtravers@littler.com

John T. Stembridge
*(Admitted Pro Hac Vice)*
LITTLER MENDELSON
A Professional Corporation
3344 Peachtree Road
Suite 1500
Atlanta, GA 30326
Telephone:  404.233.0330
Facsimile: 404. 233.2361
Email:  jstembridge@littler.com

Attorneys for Defendants
*MASTEC, INC., MASTEC NORTH
AMERICA, INC., and MASTEC
SERVICES COMPANY, INC.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 11, 2010, I electronically filed the foregoing with the Clerk of the Court via CM/ECF which will automatically notify the Parties on the attached Service List.

/s/ Lori A. Brown
Lori A. Brown

**SERVICE LIST**
**CASE NO. 0:10-cv-60494-JIC**

**COUNSEL FOR PLAINTIFF**:

SHAVITZ LAW GROUP, P.A.
Gregg I. Shavitz, Esq.
E-mail:  *gshavitz@shavitzlaw.com*
Hal B. Anderson, Esq.
E-mail:  *hal.anderson@shavitzlaw.com*
1515 S. Federal Highway
Suite 404
Baca Raton, FL 33432
Tel.: 561.447.8888
Fax: 561.447.8831
*[Via Electronic Notification]*

**COUNSEL FOR DEFENDANTS:**

LITTLER MENDELSON, P.C.

Lori A. Brown, Esq.
E-mail:  *labrown@littler.com*
Jessica T. Travers, Esq.
E-mail:  *jtravers@littler.com*
One Biscayne Tower, Suite 1500
Two South Biscayne Blvd.
Miami, Florida  33131
Tel.: 305.400.7500
Fax: 305.603.2552

John T. Stembridge, Esq.
E-mail:  *jstembridge@littler.com*
3344 Peachtree Road
Suite 1500
Atlanta, GA 30326
Tel.: 404.233.0330
Fax: 404.233.2361

Firmwide:98018995.1 046446.1121